AO 91 (Rev. 11/11) Criminal Complaint

FILED
~~WILLIAMSPORT~~

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Pennsylvania

OCT 22 2024

PER _CRW_
DEPUTY CLERK

United States of America
v.
Gregory Mitzel

Case No. 1:24-mj-00087

Defendant(s)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 13-14, 2024__ in the county of __York__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 871(a) | Threats Against the President |
| 18 U.S.C. 875(c) | Interstate Threats |

This criminal complaint is based on these facts:
I, Alex Eguino, a Special Agent with the Federal Bureau of Investigation, being duly sworn, depose and state as follows:

☑ Continued on the attached sheet.

_Complainant's signature_
Alex Eguino, FBI Special Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _10/22/24_

_Judge's signature_
William I. Arbuckle, U.S Magistrate Judge
_Printed name and title_

City and state: __Williamsport, Pennsylvania__